IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAY CHRIS MOBLEY,
    Plaintiff,

vs.                                     Case No. 3:11cv180/RV/CJK

WALTON COUNTY SHERIFF'S OFFICE, et al.,
    Defendants.

## **REPORT AND RECOMMENDATION**

This case filed under 42 U.S.C. § 1983 is before the Court upon referral from the Clerk. On October 23, 2012, the Court entered an order requiring plaintiff, a prisoner at the time this action was filed but now released, to update his financial information by filing an Affidavit of Financial Status within thirty (30) days. (Doc. 18). Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed. To date, plaintiff has not submitted the required financial affidavit, and has not responded to the Court's December 17, 2012 order (doc. 19) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 3rd day of January, 2013.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *Se*e 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).