IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAY CHRIS MOBLEY,
     Plaintiff,

vs.                                Case No.  3:11cv180/RV/CJK

WALTON COUNTY
SHERIFF'S OFFICE, et al.,
     Defendant.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 3, 2013. (Doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.　　This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

3.　　The clerk is directed to close the file.

DONE AND ORDERED this 30th day of January, 2013.


　　　　　　　　　　　　/s/ *Roger Vinson*
　　　　　　　　　　　　ROGER VINSON
　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE